IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M & D ABATEMENT SERVICES, LLC; and ADAM DETWEILER and MONIQUE HANSON DETWEILER, husband and wife and the marital community comprised thereof,<br><br>Defendants. | Case No. C18-292 RSM<br><br>ORDER ON STIPULATED MOTION TO STAY PROCEEDINGS |

Based upon the Stipulated Motion of the parties to stay this action through November 1, 2019 and the court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that all Case Schedule dates are stricken and this action is hereby STAYED until November 1, 2019.

The parties shall submit a Joint Status Report and shall note a motion to set a Case Schedule or a Motion to further stay the case by no later than October 1, 2019.

//

ORDER ON STIPULATED MOTION TO STAY
PROCEEDINGS Case No.: 2:18-cv-00292-RSM -1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

IT IS SO ORDERED this 26th day of April 2019.

        *[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By: /s/ Peter J. Mintzer
    Peter J. Mintzer, WSBA# 19995
    Daniel C. Heath, WSBA# 49051
    SELMAN BREITMAN LLP
    600 University Street, Suite 1800
    Seattle, WA 98101
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    pmintzer@selmanlaw.com
    dheath@selmanlaw.com
Attorneys for Plaintiff NAUTILUS INSURANCE COMPANY


By: /s/ Ian S. Birk (signed per email authorization 4/24/19)
    William C. Smart, WSBA# 8192
    Ian S. Birk, WSBA# 31431
    Kathryn M. Knudsen, WSBA# 41075
    KELLER ROHRBACK LLP
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: 206.623.1900
    Facsimile: 206.623.3384
    wsmart@kellerrohrback.com
    ibirk@kellerrohrback.com
    kknudsen@kellerrohrback.com
Attorneys for Defendants ADAM DETWEILER and MONIQUE HANSON DETWEILER