IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M & D ABATEMENT SERVICES, LLC; and ADAM DETWEILER and MONIQUE HANSON DETWEILER, husband and wife and the marital community comprised thereof,<br><br>Defendants. | Case No. C18-292 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

**STIPULATED MOTION**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, Nautilus Insurance Company ("Nautilus"), and Defendants, M&D Abatement Services, LLC ("M&D"), and Adam Detweiler and Monique Hanson Detweiler (the "Detweilers"), acting by and through their respective undersigned counsel of record, move and hereby stipulate, that any and all claims, cross-claims, or counter claims brought, or which could have been brought, by Plaintiff Nautilus against Defendants in this action should be, and are, dismissed with prejudice and without award of costs, expenses or attorney's fees to any party. The parties further stipulate that this lawsuit should be dismissed with prejudice

STIPULATION AND ORDER OF DISMISSAL
Case No.: 2:18-CV-00292-RSM -1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

44042.1 891.43296

and without costs, expenses or attorney's fees to any party.

**AGREED AND STIPULATED**.

DATED this 7th day of August, 2019.

| SELMAN BREITMAN LLP | BOICE LAW FIRM PLLC |
|---|---|
| By <u>/s/ Peter J. Minzer</u><br>　Peter J. Mintzer, WSBA #19995<br>　Justin S. Landreth, WSBA# 44849<br>　Daniel C. Heath, WSBA #49051<br>*Attorneys for Plaintiff Nautilus Insurance Company* | By <u>　/s/ Brian Boice (signed by Peter J. Mintzer with Email Authorization)</u><br>　Brian Boice, WSBA #42525<br>*Attorney for Defendant M&D Abatement Services, LLC* |

KELLER ROHRBACK L.L.P.


By <u>/s/ Ian S. Birk (signed by Peter Mintzer with Email Authorization)</u>
　William C. Smart, WSBA #8192
　Ian S. Birk, WSBA #31431
*Attorneys for Defendants Monique Hanson Detweiler and Adam Detweiler*

STIPULATION AND ORDER OF DISMISSAL
Case No.: 2:18-CV-00292-RSM - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

44042.1 891.43296

# ORDER OF DISMISSAL

This matter, having been brought before the Court by the foregoing Stipulated Motion between the parties, the Court pursuant to that Stipulated Motion and F.R.C.P. 41(a)(1)(A)(ii), does hereby ORDER, ADJUDGE, and DECREE that any and all claims, cross-claims, or counter claims brought, or which could have been brought, by plaintiff Nautilus against Defendants in this action are dismissed with prejudice and without award of costs, expenses or attorney's fees to any party. It is further ordered that this lawsuit is dismissed with prejudice and without award of costs, expenses or attorney's fees to any party.

DATED this 8th day of August 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SELMAN BREITMAN LLP

By  /s/ Peter J. Mintzer
   Peter J. Mintzer, WSBA #19995
   Justin S. Landreth, WSBA# 44849
   Daniel C. Heath, WSBA #49051
*Attorneys for Plaintiff Nautilus Insurance Company*

STIPULATION AND ORDER OF DISMISSAL
Case No.: 2:18-CV-00292-RSM - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

44042.1 891.43296

Approved as to form;
notice of presentation waived:

KELLER ROHRBACK L.L.P.

By   /s/ Ian S. Birk (signed by Peter Mintzer with Email Authorization)
    William C. Smart, WSBA #8192
    Ian S. Birk, WSBA #31431
*Attorneys for Defendants Monique Hanson Detweiler and Adam Detweiler*

BOICE LAW FIRM PLLC

By   /s/ Brian Boice (signed by Peter Mintzer with Email Authorization)
    Brian Boice, WSBA #42525
*Attorney for Defendant M&D Abatement Services, LLC*

STIPULATION AND ORDER OF DISMISSAL
Case No.: 2:18-CV-00292-RSM - 4

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

44042.1 891.43296